UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00181 HEA |
| ) | |
| KEITH DAVIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION**

This matter is before the Court on the Motion to Reconsider Detention Order [Doc. #116] filed by Defendant Keith Davis. The government has filed a response opposing the motion to reconsider.

Upon review of Defendant's motion, the Court finds that Defendant has not raised any new information that was not available to and considered by the Court when it previously ordered detention. Although Defendant asserts that the Court failed to consider "the entire gamut of conditions and combinations of conditions available to it for structuring a bond," the undersigned did in fact consider such conditions, including all of the options listed in Defendant's motion for reconsideration, when it initially ordered detention. The Court therefore finds no basis to reconsider its prior Order of detention. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider Detention Order [Doc. #116] is **DENIED.**

Dated this 2nd day of June, 2008.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE